1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUGH COLE,            ) | No. C 10-01476 LHK (PR) |
| Plaintiff,      ) | ORDER DIRECTING CLERK |
| v.                ) | TO RE-ISSUE SUMMONS |
| MATTHEW CATE, et al.,         ) | |
| Defendants.     ) | |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Presently, before the Court is Plaintiff's motion for notice of unserved Defendant J. Walker.

On May 25, 2010, the Court ordered service on Defendants based upon Plaintiff's cognizable claims. On September 1, 2010, Defendants Cate, Jacquez, McLean and Sayre filed a Notice and Acknowledgment of Receipt and Summons. However, Defendant Walker remains unserved.

On October 5, 2010, Plaintiff filed a motion for notice of the unserved Defendant giving Defendant Walker's new address for service by the U.S. Marshal. For the foregoing reasons, the Court hereby orders as follows:

**The Clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, copies of the complaint in this matter (docket no. 1), all**

Order Directing Clerk to Re-Issue Summons
P:\PRO-SE\SJ.LHK\CR.10\Cole476.SrvMarshal.wpd

1  **attachments thereto, and copy of this order on Defendant J. Walker, Chief, Attn. Office of**
2  **the Third Level Appeals-Health Care, California Prison Health Care Services, P.O. Box**
3  **4038, Sacramento, CA.  95812-4038.**
4      IT IS SO ORDERED.
5  DATED:   10/26/10
                                                               *Lucy H. Koh*
                                                     LUCY H. KOH
6                                                    United States District Judge