IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUGH COLE, | No. C 10-1476 LHK (PR) |
| Plaintiff, | ORDER ADDRESSING PENDING MOTIONS |
| v. | (Docket Nos. 37, 45, 50, 51) |
| MATHEW CATE, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner, filed this instant *pro se* prisoner complaint under 42 U.S.C. § 1983, arguing that Defendants were deliberately indifferent to his serious medical needs. On November 30, 2010, Defendants filed a motion for summary judgment. On January 3, 2011, Plaintiff responded by filing a motion for an extension of time to file his opposition, as well as a motion for leave to file a first amended complaint, along with a proposed first amended complaint. Specifically, Plaintiff seeks to include events which have occurred since the filing of his original complaint, as well as clarify his original claims.

    After reviewing Plaintiff's proposed amended complaint, the Court GRANTS Plaintiff's motion for leave to file a first amended complaint (docket # 45). *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend] when justice so requires."); *Janicki Logging Co. v. Mateer*, 42 F.3d 561, 566 (9th Cir. 1994) (Rule 15(a) is to be applied liberally in favor of

Order Addressing Pending Motions
P:\PRO-SE\SJ.LHK\CR.10\Cole476misc2.wpd

1  amendments). The Clerk is instructed to file the proposed first amended complaint (docket # 46)
2  as the First Amended Complaint in this matter. The Court concludes that, liberally construed,
3  Plaintiff has alleged a cognizable claim of deliberate indifference to his serious medical needs
4  against named Defendants under 42 U.S.C. § 1983, *see* 28 U.S.C. § 1915A(a), and the Court
5  exercises it supplemental jurisdiction over Plaintiff's related state tort claims.

6  Defendants' pending motion for summary judgment (docket # 37) is DISMISSED
7  without prejudice to bringing it in a new dispositive motion encompassing the claims in
8  Plaintiff's First Amended Complaint. In order to expedite these proceedings, the Court orders
9  that Defendants file such a motion by no later than **sixty (60) days** from the filing date of this
10 order. Plaintiff shall file an opposition or notice of non-opposition within 30 days of receiving a
11 copy of the motion, and Defendants shall file a reply to any opposition within 15 days thereafter.
12 In light of the above, Plaintiff's motion for an order granting him limited discovery to oppose
13 summary judgment (docket # 50) is DENIED as moot.

14 Plaintiff's motion for appointment of counsel (docket # 51) is DENIED for want of
15 exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also*
16 *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to
17 counsel in a civil case). The issues in this case are not particularly complex, and Plaintiff has
18 thus far been able to adequately present his claims. This denial is without prejudice to the
19 Court's *sua sponte* appointment of counsel at a future date should the circumstances of this case
20 warrant such appointment.

21 Within **thirty (30) days** of the filing date of this order, Defendants shall file an
22 opposition or notice of non-opposition to Plaintiff's motion for preliminary injunction (docket #
23 49). Plaintiff shall file any reply within 15 days thereafter.

24 This order terminates docket numbers 37, 45, 50, 51.

25 IT IS SO ORDERED.

26 
DATED:   3/29/11

27                                              *Lucy H. Koh*
                                                LUCY H. KOH
                                                United States District Judge
28

Order Addressing Pending Motions
P:\PRO-SE\SJ.LHK\CR.10\Cole476misc2.wpd        2