IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROBERT HUGH COLE,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE,**<br><br>Defendants. | C 10-1476 LHK (PR)<br><br>[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

For good cause appearing, the Court grants the request by Defendants Cate, Sayre, Risenhoover, Williams, McLean, and Jacquez for an extension of time to file a dispositive motion. Defendants may file a dispositive motion on or before July 29, 2011.

Plaintiff Robert Hugh Cole's opposition to the dispositive motion shall be filed no later than thirty days of receiving a copy of the dispositive motion.

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants shall file a reply brief no later than fifteen days after the date Cole's opposition is filed.

IT IS SO ORDERED.

Dated:__5/24/11

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH
United States District Judge

[~~Proposed~~] Order   (C 10-1476 LHK (PR))