IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUGH COLE,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW CATE, et al.,<br><br>Defendants. | No. C 10-1476 LHK (PR)<br><br>JUDGMENT |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/24/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Cole476jud.wpd